UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROBERT NORTHUP,

         Petitioner,

   v.

SANDRA CARTER,

         Respondent.

CASE NO. C05-1358JLR

MINUTE ORDER

      The following minute order is made by the direction of the court, the Honorable James L. Robart:

      The court has received two motions on behalf of Petitioner Robert Northup (Dkt. ## 16, 17), both of which seek additional time to object to the Report and Recommendation pending in this action (Dkt. # 15). The court has reviewed Mr. Northup's motion, and finds good cause for an extension of time. The court thus GRANTS Mr. Northup's motion (Dkt. # 16). The clerk is directed to renote the Report and Recommendation (Dkt. # 15) for March 3, 2006. All objections to the Report and Recommendation are due by February 24, 2006. The clerk is also directed to enclose a copy of the Report and Recommendation when mailing this order to Mr. Northup.

      The court directs the clerk to STRIKE the motion brought by Margery Dickinson on Mr. Northup's behalf (Dkt. # 17). Ms. Dickinson identifies herself as Mr. Northup's "conservator." There is no indication that Ms. Dickinson is an attorney or a member of

MINUTE ORDER – 1

the bar of this court. For that reason, she is not authorized to file pleadings on Mr. Northup's behalf.

Filed and entered this 31st day of January, 2006.

                          BRUCE RIFKIN, Clerk

                    By    s/Mary Duett
                          Deputy Clerk

MINUTE ORDER – 2