01

02 UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
03 AT SEATTLE

04 ROBERT THOMAS NORTHUP,            )   CASE NO. C05-1358-JLR-MAT
                                    )
05      Petitioner,                  )
                                    )
06      v.                           )   ORDER DENYING § 2254 PETITION
                                    )
07 SANDRA CARTER,                    )
                                    )
08      Respondent.                  )
   _____ )

09

10   The Court, having reviewed petitioner's petition for a writ of habeas corpus pursuant to

11 28 U.S.C. § 2254, respondent's answer, petitioner's response, the Report and Recommendation

12 of the Honorable Mary Alice Theiler, United States Magistrate Judge, any objections thereto, and

13 the balance of the record, does hereby find and ORDER:

14      (1)   The Court adopts the Report and Recommendation;

15      (2)   Petitioner's petition for a writ of habeas corpus (Doc. #1) is DENIED with

16            prejudice;

17      (3)   The Clerk is directed to send a copy of this Order to petitioner, to counsel for

18            respondent, and to Judge Theiler.

19   DATED this 14th day of March, 2006.

20
                                            /s/ James L. Robart
21                                          _____
                                            JAMES L. ROBART
22                                          United States District Judge

ORDER DENYING § 2254 PETITION